UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80010-CIV-COHN

IN RE: The Matter of the Complaint of JEFF TITHERINGTON, as owner of a 2009 Glass Stream vessel, Hull No. US-GDJ00381G009, for Exoneration from or Limitation of Liability,

Magistrate Judge Seltzer

    Petitioner.
_____/

## ORDER GRANTING PETITIONER'S MOTION FOR ORDER DIRECTING NOTICE, MONITION AND INJUNCTION AND APPROVING BOND

**THIS CAUSE** is before the Court upon Petitioner's Verified Complaint for Exoneration from or Limitation of Liability [DE 1] and Motion for Order Directing Notice, Monition and Restraining Suits [DE 5]. The Court has carefully considered the motion, verified pleadings, and affidavits, and being otherwise fully advised in the premises, including the form order submitted by Petitioner, which was used in preparation of this Order, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Order Directing Notice, Monition and Restraining Suits [DE 5] is hereby **GRANTED**;

2. The bond amount for security filed herein is hereby approved for $139,513.00 plus costs and interests at 6%;

3. Notice is hereby given that Petitioner has filed a complaint claiming the right to exoneration from liability, or in the alternative, limitation of liability for all claims arising from the operation of the vessel (described in the caption of this Order) on or about September 25, 2010, including but not limited to any claims that might arise as a result of any incident resulting in any injury or death or property damage;

4. All persons having such claims must file them, as provided in Supplemental Rule F(5) of the Federal Rules of Civil Procedure with the Clerk of this Court, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, and serve them on or mail them to Petitioner's attorney, Matthew J. Valcourt, Esq., Fowler White Burnett, P.A., 1395 Brickell Avenue, 14th floor, Miami, Florida, 33131, on or before the close of business on February 28, 2011, or be defaulted;

5. Petitioner shall take the actions necessary to give public notice by publication of the Notice in the Daily Business Review, a newspaper of general circulation in the area covered by the jurisdiction of this Court, once a week for four consecutive weeks prior to the date fixed for filing claims, and <u>Petitioner shall mail a copy of the notice to every person known to have made any claims, in any form whether written or verbal, and with or without a specific dollar amount claimed, against the subject vessel, arising out of the incident or voyage at issue</u>, in compliance with Supplemental Rule F of the Federal Rules of Civil Procedure and this Order;

6. Any claimant desiring to contest the right of Petitioner to exoneration from liability, or in the alternative, the right of Plaintiff to limitation of liability must file an answer to the verified complaint, as required by Supplemental Rule F(5) of the Federal Rules of Civil Procedure, and serve on or mail to Plaintiff's attorney a copy, unless his claim has included an answer;

7. The institution of and prosecution of any and all suits, actions, or legal proceedings of any nature or description whatsoever, except in this proceeding,

against the Petitioner or the vessel with respect to any claim arising out of or connected to the incident on or about September 25, 2010, as described in the Verified Complaint, are enjoined and restrained until hearing and determination of this proceeding as provided in Supplemental Rule F(5) of the Federal Rules of Civil Procedure;

8. Petitioner shall mail a copy of this Order to each person, or that person's attorney, claiming damages as a result of the incident described in the Verified Complaint;

9. The service of this Order as a restraining order may be made within the Southern District of Florida by delivering a copy to the persons to be restrained, or to their attorneys, and in any other district by the United States Marshall for that district delivering a copy of this Order to the persons to be restrained or their attorneys.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2011.

JAMES I. COHN
United States District Judge

copies to:

Mathew Valcourt, Esq.  (via CM/ECF)
Petitioner's counsel
(Petitioner's counsel to mail copies to all potential claimants)